RECEIVED

JUN 2 6 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HARRY BRAXTON,<br>Plaintiff | CIVIL ACTION NO. 1:18-CV-00712 |
| VERSUS | JUDGE DRELL |
| TAKATA CORP., *ET AL.*,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 25 day of June, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT